People ex rel. Weissman v Franchi (2025 NY Slip Op 04732)

People ex rel. Weissman v Franchi

2025 NY Slip Op 04732

Decided on August 20, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 20, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
WILLIAM G. FORD
ELENA GOLDBERG VELAZQUEZ, JJ.

2025-09507

[*1]The People of the State of New York, ex rel. Ira Weissman, on behalf of Bradley M. Shioppa, petitioner,
v
Michael Franchi, etc., respondent.

Ira Weissman, Central Islip, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY, (Danielle Sciarretta of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Bradley M. Shioppa upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 71658/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., CHRISTOPHER, FORD and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court